

# COURT OF APPEALS

## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
www.txcourts.gov/3rdcoa.aspx
(512) 463-1733

JEFF L. ROSE, CHIEF JUSTICE
DAVID PURYEAR, JUSTICE
BOB PEMBERTON, JUSTICE
MELISSA GOODWIN, JUSTICE
SCOTT K. FIELD, JUSTICE
CINDY OLSON BOURLAND, JUSTICE

JEFFREY D. KYLE, CLERK

May 28, 2015

The Honorable Velva L. Price
Criminal District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767
* DELIVERED VIA E-MAIL *

RECEIVED
JUN 0 8 2015
THIRD COURT OF APPEALS
JEFFREY D. KYLE

RE:     Court of Appeals Number:     03-14-00587-CR
        Trial Court Case Number:     D-1-DC-08-300693

Style:  Terrell Delone Maxwell
        v. The State of Texas

Dear Honorable Velva L. Price:

Enclosed, with reference to the above cause, is the mandate of this Court. Please file and execute in the usual manner.

Because the appeal has been dismissed, please be advised that the judgment of the trial court is in full force and effect. Accordingly, appropriate enforcement procedures may need to be instituted in your office, including issuance of a capias.

In addition, as required by Texas Government Code, Sec. 51.204(d), the trial court clerk is notified that we will destroy all records filed in respect to this case with the exception of indexes, original opinions, minutes and general court dockets no earlier than twenty-five (25) years from the date final mandate is issued.

Your cooperation in this regard is appreciated.

Very truly yours,

JEFFREY D. KYLE, CLERK

cc:     The Honorable Rosemary Lehmberg
        Terrell Delone Maxwell

# MANDATE

THE STATE OF TEXAS

TO THE 331ST DISTRICT COURT OF TRAVIS COUNTY, GREETINGS:

Trial Court Cause No. D-1-DC-08-300693

      Before our Court of Appeals for the Third District of Texas on March 18, 2015, the cause on appeal to revise or reverse your judgment between

Terrell Delone Maxwell

No. 03-14-00587-CR     v.

The State of Texas

Was determined, and therein our Court of Appeals made its order in these words

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

Wherefore, we command you to observe the order of our Court of Appeals in this behalf and in all things have the order duly recognized, obeyed, and executed.

Witness the Honorable Jeff L. Rose, Chief Justice of the Court of Appeals for the Third District of Texas, with the seal of the Court affixed in the City of Austin on Thursday, May 28, 2015.

JEFFREY D. KYLE, CLERK

By: Amy Strother, Deputy Clerk



# Court of Appeals

### Third District
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547

PTS



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED
FIRST CLASS





UNITED STATES POSTAGE
PITNEY BOWES

02 1R
0002003152     MAY 28 2015
$ 00.40⁶
MAILED FROM ZIP CODE 78701

RECEIVED

JUN 08 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

TDCJ →

TERRELL DELONE MAXWELL
TRAVIS COUNTY JAIL
3614 BILL PRICE ROAD
DEL VA

NIXIE        787     DE 1270      0006/04/15

RETURN TO SENDER
.REFUSED
UNABLE TO FORWARD

BC: 78711254747      *0793-01233-04-19

42 CQW-N3B 78617